1  Darrell McGee, CDC #C-84197
   CSP-SAC; FC-7-103
2  P.O. Box 290066
   Represa, CA 95671



FILED
08 JUL -9 PM 4:56
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

E-filing

DARRELL MCGEE,

    Petitioner,

    v.

SCOTT KERNAN, Warden,

    Respondent.    /
_____/

Case No. CV 08 3306 (PR) JSW

NOTICE OF MOTION AND MOTION
FOR LEAVE TO PROCEED ON APPEAL
IN FORMA PAUPERIS IN ACCORDANCE
WITH 28 U.S.C. §§ 753(f), 1915

    Petitioner moves the court for an order permitting him to presecute an appeal from the judgment entered in this case on May 15, 2008, in forma pauperis, under the provisions of Title 28 U.S.C. § 1915. Petitioner incorporates the same facts in his original in forma pauperis filed with this court and asserts that his financial circumstances have not changed since that time.

Date: 6/14/08

/s/ _____
DARELL MCGEE