Darrell McGee, CDC #C-84197
CSP-SAC; FC-7-103
P.O. Box 290066
Represa, CA 95671

FILED

08 JUL -9 PM 4:55

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

#### SAN JOSE DIVISION

JSW

(PR)

DARRELL MCGEE,                                 Case No. CV 08    3306

            Petitioner,                              NOTICE OF APPEAL

        v.

SCOTT KERNAN, Warden,

            Respondent.    /
_____    /

Notice is hereby given that Darell McGee appeals to the United States Court of Appeals

for the Ninth Circuit from the final judgment entered in this action on May 15, 2008.

Date: 6 /14 /08                              /s/  Darell Mc Gee
                                                       DARELL MCGEE