IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCGEE,<br><br>        Petitioner,<br><br>  vs.<br><br>SCOTT KERNAN, Warden,<br><br>        Respondent . | No. C 08-3306 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 2) |

    Petitioner, a California prisoner, filed this pro se petition requesting a certificate of appealability. Petitioner has also filed a motion to proceed *in forma pauperis* on appeal (docket no. 2), which is now DENIED as moot. However, while Petitioner's request states that a prior petition for a writ of habeas corpus was denied, Petitioner included no case number on his request and this Court is unaware of any prior case in this Court. A request for a certificate of appealability is not properly filed as a new matter, as it does not present a new case or controversy.

    Federal courts have the power and the duty to raise the issue of standing sua sponte and to dismiss the action if standing is wanting. *Bernhardt v. County of Los Angeles*, 279 F.3d 862, 868 (9th Cir. 2002). Therefore, Petitioner's case is dismissed. If Petitioner wishes to request a certificate of appealability in the district court, he must proceed in the same district court and provide a civil case number from his earlier case.

    The clerk shall close the file and enter judgment.

    IT IS SO ORDERED.

DATED: July 24, 2008

                                            JEFFREY S. WHITE<br>
                                            United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

DARRELL MCGEE,

        Plaintiff,

  v.

SCOTT KERNAN et al,

        Defendant.

Case Number: CV08-03306 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell McGee
C84197
CSP-SAC
P.O. Box 290066
Represa, CA 95671

Dated: July 24, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk