IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL MCGEE, | ) | No. C 08-3306 JSW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| SCOTT KERNAN, Warden, | ) | |
| Respondent. | ) | |

An order of judgment is hereby entered DISMISSING this action without prejudice.

IT IS SO ORDERED.

DATED: July 24, 2008

JEFFREY S. WHITE
United States District Judge

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  DARRELL MCGEE,
                                              Case Number: CV08-03306 JSW
       Plaintiff,
5                                             **CERTIFICATE OF SERVICE**

6      v.

7  SCOTT KERNAN et al,

8      Defendant.
                                          /
9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11 That on July 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
12 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15 Darrell McGee
   C84197
16 CSP-SAC
   P.O. Box 290066
17 Represa, CA 95671

18 Dated: July 24, 2008

                                              *Jennifer Ottolini*
19                                            Richard W. Wieking, Clerk
                                              By: Jennifer Ottolini, Deputy Clerk
20

21

22

23

24

25

26

27

28
                                       2