DARRELL McGHEE C-84197
CSP-SAC; FC-7-103
P.O. Box 290066
Represa, CA. 95671

**FILED**

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

DARRELL McGHEE
　　　　　Plaintiff,
vs.
SCOTT KERNAN, WARDEN
　　　　　Defendant.

CV 08 3306

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, DARRELL McGHEE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A            Net: N/A

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____3-12-2002_____
5  _____$8.00 per hrs._____
6  _____$1,000 per month._____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or              Yes ___ No _X_
10         self employment
11    b.   Income from stocks, bonds,           Yes ___ No _X_
12         or royalties?
13    c.   Rent payments?                       Yes ___ No _X_
14    d.   Pensions, annuities, or              Yes ___ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,   Yes ___ No _X_
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.   Are you married?                       Yes _X_ No ___
24  Spouse's Full Name: _____IRENE S. MCGHEE_____
25  Spouse's Place of Employment: _____Retired_____
26  Spouse's Monthly Salary, Wages or Income:  UNKNOWN
27  Gross $_____0_____ Net $_____0_____
28  4.   a.   List amount you contribute to your spouse's support: $ ___NONE___

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5            _____ NONE _____
6            _____

7   5.    Do you own or are you buying a home?    Yes ___ No _X_
8   Estimated Market Value: $ __Ø__   Amount of Mortgage: $ __Ø__
9   6.    Do you own an automobile?    Yes ___ No _X_
10  Make __Ø__   Year __Ø__   Model __Ø__
11  Is it financed? Yes ___ No ___ If so, Total due: $ __Ø__
12  Monthly Payment: $ _____
13  7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: __N/A__
15  _____
16  Present balance(s): $ __Ø__
17  Do you own any cash? Yes ___ No _X_ Amount: $ __Ø__
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  _____

21  8.    What are your monthly expenses?
22  Rent: $ __Ø__     Utilities: __Ø__
23  Food: $ __Ø__     Clothing: __Ø__
24  Charge Accounts:
25  Name of Account    Monthly Payment    Total Owed on This Acct.
26  __Ø__     $ __Ø__     $ __Ø__
27  __Ø__     $ __Ø__     $ __Ø__
28  __Ø__     $ __Ø__     $ __Ø__

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NONE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-15-08                                  *[signature: Danell McDkee]*

DATE                                     SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                     **IN**
10                         **PRISONER'S ACCOUNT**
11

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _DARRELL MC GHEE_ for the last six months
                                              [prisoner name]
14 _CSP-SACRAMENTO_____ where (s)he is confined.
       [name of institution]
15    I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ ____0____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ ___0_____.
18
19 Dated: _7/18/08_                              _____
                                                  [Authorized officer of the institution]
20
21
22
23
24         THE WITHIN INSTRUMENT IS A CORRECT
           COPY OF THE TRUST ACCOUNT MAINTAINED
25         BY THIS OFFICE.
           ATTEST:
26         CALIFORNIA DEPARTMENT OF CORRECTIONS
           BY _____
27            TRUST OFFICE
28

```
REPORT ID: TS3030 .701                                                    REPORT DATE: 07/18/08
                                                                          PAGE NO:         1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF STATE PRISON SACRAMENTO
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 18, 2008

ACCOUNT NUMBER   : C84197                      BED/CELL NUMBER: FC7  1 00000003L
ACCOUNT NAME     : MC GHEE, DARRELL            ACCOUNT TYPE: I
PRIVILEGE GROUP  : B

                              TRUST ACCOUNT ACTIVITY

<<  NO ACCOUNT ACTIVITY FOR THIS PERIOD  >>

                              CURRENT HOLDS IN EFFECT

DATE     HOLD
PLACED   CODE    DESCRIPTION              COMMENT              HOLD AMOUNT
------   ----    -----------              -------              -----------
06/19/2008 H109  LEGAL POSTAGE HOLD       703836 LEG                  1.34
06/19/2008 H109  LEGAL POSTAGE HOLD       703836 LEG                  1.00

                              TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL           TOTAL           CURRENT         HOLDS        TRANSACTIONS
 BALANCE        DEPOSITS       WITHDRAWALS       BALANCE        BALANCE       TO BE POSTED
---------       --------       -----------       -------        -------       ------------
   0.00           0.00            0.00             0.00           2.34             0.00

                                                                  CURRENT
                                                                 AVAILABLE
                                                                  BALANCE
                                                                 ---------
                                                                    2.34-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S
## IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.   Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.   Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

Mr Darrell McGhee
# C89197 CT-103
P.O. Box 290066
Represa, CA. 95671

SACRAMENTO CA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES